BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VICTOR ARTEAGA,<br><br>　　　　　　　Defendant. | CASE NO. 1:12-CR-00320 AWI-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Kathy Hart, attorney for the defendant, that the change of plea hearing set for May 19, 2014 at 10:00 am before the Honorable Anthony W. Ishii be moved to May 12, 2014 at 10:00 a.m.

Dated: May 8, 2014　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: May 8, 2014　　　　　　　　　　　　　　/s/ Kathy Hart
　　　　　　　　　　　　　　　　　　　　　　　　KATHY HART
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Victor Arteaga

Stipulation　　　　　　　　　　　　　　　　1

1  IT IS SO ORDERED.
2
3  Dated:   May 8, 2014                              /s/ signature
                                         SENIOR DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation                                          2